IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NORTH-FORTY, LLC,

    Plaintiff,

vs.                                                                               No. CIV 23-0557 JB/JFR

TWIN CITY FIRE INSURANCE
COMPANY,

    Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Order of Dismissal With Prejudice, filed October 8, 2024 (Doc. 70)("Order"). In the Order, the Court dismisses the Plaintiff's Complaint for Breach of Insurance Contract, Violation of the New Mexico Unfair Claim Practices Act, and Bad Faith Actions, filed May 31, 2023, in state court, filed June 30, 2023, in federal court (Doc. 1-1), with prejudice. Order at 2. There being no more parties, claims, or issues before the Court, the Court enters, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, Final Judgment, disposing of this case.

**IT IS ORDERED** that: (i) the Plaintiff's Complaint for Breach of Insurance Contract, Violation of the New Mexico Unfair Claim Practices Act, and Bad Faith Actions filed May 31, 2023, in state court, filed June 30, 2023, in federal court (Doc. 1-1), is dismissed with prejudice; (ii) the Plaintiff's claims are dismissed with prejudice; and (iii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

James Trenton Cooper
Callender Bowlin PLLC
Houston, Texas

-- and--

Lawrence A. VandenBout
Suzanne Love Cochran
VandenBout Law
Denver, Colorado

  *Attorneys for the Plaintiff*

Courtenay L. Keller
Taryn M. Kaselonis
Riley, Keller, Alderete, & Gonzales, P.A.
Albuquerque, New Mexico

  *Attorneys for the Defendant*